IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHELDON CRAIG JACKSON       :      CIVIL ACTION
                                      :
      v.                               :
                                      :
MS. ELLEN T. GREENLEE, et al.  :      NO. 06-cv-05011-JF

MEMORANDUM AND ORDER

Fullam, Sr. J.                               November 20, 2006

      In this civil rights action, filed November 13, 2006, plaintiff, Sheldon Craig Jackson, is suing District Attorney Lynne Abraham for $15 million and also for release from custody because, in April 2004, Ms. Abraham allegedly refused to process a Rule 600(e) application. Mr. Jackson has asserted the same alleged violation of his civil rights on numerous previous occasions (C.A. Nos. 04-4706, 06-1919, and 06-4685). In each of those actions, leave to proceed *in forma pauperis* was denied, and the cases were dismissed with prejudice. Even after dismissal, however, plaintiff continued to file motions (for judgment by default, for summary judgment, etc.).

      Plaintiff's complaint in the present case does not make sense, and, in any event, is barred by *res judicata*. This action will be dismissed with prejudice.

      An Order follows.

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SHELDON CRAIG JACKSON | : | CIVIL ACTION |
| v. | : | |
| MS. ELLEN T. GREENLEE, et al. | : | NO. 06-cv-05011-JF |

ORDER

AND NOW, this 20th day of November 2006, IT IS ORDERED:

1. Leave to proceed *in forma pauperis* is DENIED.

2. This action is DISMISSED with prejudice.

3. There is no probable cause for appeal.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.